**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-2116**

---

SERGEI SAUNDERS,

        Plaintiff - Appellant,

    v.

PIEDMONT AIRLINES, INC.,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:24-cv-00587-JAG)

---

Submitted:  June 12, 2025                                    Decided:  June 16, 2025

---

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Sergei Saunders, Appellant Pro Se.  Daniel E. Farrington, Eleanor F. Miller, Washington, D.C., Martha Goodwin Vazquez, FISHER & PHILLIPS LLP, Louisville, Kentucky, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sergei Saunders appeals the district court's order dismissing his complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Saunders v. Piedmont Airlines Inc.*, No. 3:24-cv-00587-JAG (E.D. Va. Oct. 23, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*